1 SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2
3 MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division
4 TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney
5
6 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7152
7 Facsimile: (415) 436-7234

8 Attorneys for Plaintiff

9                 UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, ) | No. CR 06 - 0734 VRW |
| 13    Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE HEARING DATE |
| 14    v. ) | AND SET BRIEFING SCHEDULE |
| ) | |
| 15 GABRIEL BARRAGAN, *et al.*, ) | |
| ) | |
| 16    Defendants. ) | |
| 17 _____ ) | |

19     WHEREAS, the defendants have filed motions pertaining to discovery and for a bill of
20 particulars, and where certain of such motions were variously filed on March 23, 2007, and May
21 18, 2007;
22     WHEREAS, the parties have conferred and agreed upon a protective order regarding the
23 disclosure of confidential and/or sensitive documents, and have submitted the protective order
24 for this Court's review and approval, and which the Court executed earlier today, June 19, 2007;
25     WHEREAS, the parties have conferred and determined that it would be more appropriate
26 for full briefing of the issues raised in the motions and to permit the parties to attempt to confer
27 in an effort to narrow those issues, if the Court continued all such pending motions to a date at a
28 reasonable period after the entry of the protective order, in order to allow the government to

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE

produce discovery pursuant to the protective order and for the defense to review that discovery, and thereafter conduct a hearing on any issues remaining on defendants' motions for discovery and a bill of particulars, and submit that a hearing date on Tuesday, July 31, 2007, at 10:30 a.m., will accomplish those purposes;

WHEREAS, government counsel has conferred with this Court's deputy and been advised that July 31, 2007 is an acceptable hearing date;

THEREFORE, the parties and their respective counsel of record stipulate and mutually agree that the hearing on defendants' currently filed and pending motions be continued until July 31, 2007, with the government's opposition to defendants' motions to be filed on or before July 17, 2007, and defendants' replies, if any, to be filed on or before July 24, 2007.

The time under the Speedy Trial Act, 18 U.S.C. § 3161 will continue to be tolled during the pendency of the subject motions.

**IT IS SO STIPULATED.**

                            SCOTT N. SCHOOLS
                            United States Attorney

Dated: June 19, 2007
                            _____/s/_____
                            TIMOTHY J. LUCEY
                            Assistant United States Attorney

                            WEINBERG & WILDER

Dated: June 19, 2007
                            _____/s/_____
                            NINA WILDER, ESQ.
                            Attorney for Defendant
                            MARIO BARRAGAN

                            LAW OFFICES OF GILBERT EISENBERG

Dated: June 19, 2007
                            _____/s/_____
                            GIL EISENBERG, ESQ.

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE                2

|   |   |
|---|---|
| | Attorney for Defendant<br>CHRISTIAN BARRAGAN<br>LAW OFFICES OF RICHARD B. MAZER |
| Dated: June 19, 2007 | _____/s/_____<br>RICHARD B. MAZER, ESQ.<br>Attorney for Defendant<br>GABRIEL BARRAGAN |

**IT IS SO ORDERED.**

Dated: 6/22/2007

_____
HONORABLE VAUGHN R WALKER
United States District Judge

*IT IS SO ORDERED* — Judge Vaughn R Walker

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE                  3