| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 168273)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CSBN 172332)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-7152 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06 - 0734 VRW |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) ) | ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE |
| GABRIEL BARRAGAN, et al., | ) ) | |
| Defendants. | ) ) | |

WHEREAS, the defendants have filed motions pertaining to discovery and for a bill of particulars, and which had been scheduled to be heard by this Court on October 22, 2007;

WHEREAS, the government has served defendants with grand jury subpoenas for production of DNA samples in connection with an ongoing grand jury investigation of the defendants in relation to other potential violations of federal law, and which the defendants requested time to prepare a motion to quash such subpoena, so that this Court or the duty judge for this District could consider the arguments of the parties in relation to subject grand jury subpoenas;

WHEREAS, the parties have yet to complete their process of preparing all of these issues for review and consideration by this Court and where certain counsel for the defense have been

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE

1  engaged in other matters, including in trial and in travel outside the country, such that there exists
2  a need for further time for effective preparation of counsel and where defense counsel wish to
3  determine via conference with the Government the possibility for further discovery short of
4  motion hearing as well as the status of the ongoing, related grand jury investigation;

      WHEREAS, government counsel has conferred with this Court's deputy and been advised that November 1, 2007, at 1:30 p.m., is an acceptable date for status and setting of these matters;

      THEREFORE, the parties and their respective counsel of record stipulate and mutually agree that the matter should be set for a status hearing until November 1, 2007, at which time the parties will advise the Court of the pendency of the various matters relating to this matter and a proposed schedule will motions and other procedural issues.

      The time under the Speedy Trial Act, 18 U.S.C. § 3161 will continue to be tolled during the pendency of the subject motions.

      **IT IS SO STIPULATED.**

DATE:　　　　　　　　　　　　　　　　Respectfully submitted,

October 22, 2007　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TIMOTHY J. LUCEY
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　/s/　　　　　　　　　　　　　　　　　　/s/
_____　　　　_____
RICHARD B. MAZER　　　　　　　　　　NINA WILDER
Attorney for Gabriel Barragan　　　　Attorney for Mario Barragan


　　　/s/
_____
GILBERT EISENBERG
Attorney for Christian Barragan

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE　　　　　　　　　2

**IT IS SO ORDERED.**

DATED: Oct. 23, 2007



_____
HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE                    3