Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile (415) 552-2703

Attorneys for Defendant
MARIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARIO BARRAGAN, <br> Defendant. | No. CR-06-0734-VRW(BZ) <br><br> **STIPULATION AND [proposed] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that defendant MARIO BARRAGAN's conditions of release shall be modified to allow defendant to travel to Houston, the Southern District of Texas leaving on March 27, 2009 and returning on March 31, 2009. Defendant's reason for traveling is to visit defendant's uncle who is hospitalized with terminal cancer and is not expected to survive his hospitalization.

Defendant's Pretrial Services Officer, Timothy Elders, has no objected to the expected travel. Defendant *Mario* Barragan is in full compliance with his conditions of release. Permission is conditioned on defendant's providing Pretrial Services and the United States Attorney's Office with his itinerary and lodging arrangements prior to defendant's departure.

STIPULATION AND PROPOSED ORDER
PERMITTING TRAVEL (CR-06-0734-VRW(BZ)

1

All other conditions of release remain in effect while defendant is away from the Northern District of California.

Dated: March 24, 2009

/s/ Timothy Lucey
TIMOTHY LUCEY
Assistant United States Attorney

Dated: March 24, 2009

/ s / Nina Wilder
NINA WILDER
Attorney for Defendant
MARIO BARRAGAN

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Mario Barragan may travel from the Northern District of California to the Southern District of Texas on March 27, 2009, with a return to the Northern District on March 31, 2009, subject to the conditions set forth above.

Dated: 24 March 09

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER
PERMITTING TRAVEL (CR-06-0734-VRW(BZ))

2