Nina Wilder (SBN 100474)
    Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant
MARIO BARRAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 - 0734 VRW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXCLUDE TIME** |
| ) | ~~[PROPOSED]~~ **ORDER** |
| GABRIEL BARRAGAN,. ) | |
| CHRISTIAN BARRAGAN, and ) | |
| MARIO BARRAGAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that time shall be excluded under the Speedy Trial Act for the period on or about April 15, 2010, through June 24, 2010.

    The parties further agree that the time elapsed between April 15, 2010, and June 24, 2010 was and is necessary for continuity and effective preparation of counsel, taking into account due diligence, and that ends of justice served by granting the motion outweigh the best interests of the public and the defendants to a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(4). The government is in the process of producing a voluminous amount of documents and other discovery, including financial records, loan files, escrow files, employment records, and law enforcement records, such that the defendants and their respective counsel require reasonable time to review, analyze, and investigate the matters and issues contained therein.

STIPULATION AND PROPOSED ORDER
*UNITED STATES v. BARRAGAN* [CR 06 - 0734 VRW]

1

1    The defendants expressly reserve all challenges to the Second Superseding Indictment
2 and Third Superseding Indictment on statutory and constitutional speedy trial and related due
3 process grounds, to the extent they existed at the time of the filing of the Third Superseding
4 Indictment.  The United States, in executing this stipulation, does not concede the validity of any
5 such challenges by the defendants.
6    THEREFORE, the parties mutually agree and stipulate to a continuance of this matter
7 until Thursday, June 24, 2010, at 2:00 p.m., before this Court, with time excluded under the
8 Speedy Trial Act from April 15, 2010, through June 24, 2010, in order to ensure and for the
9 purposes of continuity of counsel and for effective preparation of  counsel, taking into
10 account due diligence, and that ends of justice served by granting the motion outweigh the best
11 interests of the public and the defendants to a speedy trial.  See 18 U.S.C.
12 § 3161(h)(8)(B)(4).

13   **IT IS SO STIPULATED.**

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

_____/S/_____
NINA WILDER
Attorney for Defendant
MARIO BARRAGAN

_____/S/_____
RICHARD MAZER
Attorney for Defendant
GABRIEL BARRAGAN

_____/S/_____
GILBERT EISENBERG
Attorney for Defendant
CHRISTIAN BARRAGAN

**IT IS SO ORDERED.**

Dated: June 15, 2010



_____
HONORABLE VAUGHN R. WALKER
Chief Judge, United States District Court

STIPULATION AND PROPOSED ORDER
*UNITED STATES  v. BARRAGAN* [CR 06 - 0734 VRW]            2