1  DORON WEINBERG (SBN 46131)
   NINA WILDER (SBN 100474)
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone (415) 431-3472
4  Facsimile   (415) 552-2703

5  Attorneys for Defendant
   MARIO BARRAGAN
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10
11 UNITED STATES OF AMERICA,    )   No.  CR 06 - 0734 VRW
                                )
         Plaintiff,             )
12                              )
                                )
13       v.                     )   **STIPULATION TO CONTINUE HEARING**
                                )   **AND TO EXCLUDE TIME**
14 GABRIEL BARRAGAN,.           )   [~~PROPOSED~~]  **ORDER**
   CHRISTIAN BARRAGAN, and      )
15 MARIO BARRAGAN,              )
                                )
16       Defendants.            )
   _____)
17

18       IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the

19 status hearing currently scheduled on August 26, 2010 shall be continued to October 14, 2010 at

20 2:00 p.m. to afford defense counsel an opportunity to review recently distributed, voluminous

21 discovery prior to setting future dates.

22       Over the past several weeks. the government has produced eight banker's boxes of

23 discovery, comprised principally of a wide array of  financial records.  Defense counsel require

24 the requested additional time to conduct an initial, general review of this discovery in order to

25 engage in any meaningful discussion of the status of the case.

26       The parties further agree that time shall be excluded under the Speedy Trial Act for the

Stipulation to Continue Hearing and Exclude Time
[Proposed] Order (*United States  v. Barragan* [CR 06 - 0734 VRW]
                                1

period August 26, 2010 to October 14, 2010 in that the case is complex due to the nature of the charges and the volume of discovery, and that the delay is necessary to ensure continuity and effective preparation of counsel, taking into account due diligence, and that the ends of justice served by granting the motion outweigh the best interests of the public and the defendants to a speedy trial.  See 18 U.S.C. § 3161(h)(7(A) and (B)(4)(ii) and (iv).

**IT IS SO STIPULATED.**

                      MELINDA HAIG
                      United States Attorney

                      /s/ Timothy J. Lucey
                      TIMOTHY J. LUCEY
                      Assistant United States Attorney

                      /s/   Nina Wilder
                      NINA WILDER
                      Attorney for Defendant
                      MARIO BARRAGAN

                      /s/   Richard Mazer
                      RICHARD MAZER
                      Attorney for Defendant
                      GABRIEL BARRAGAN

                      /s/ Gilbert Eisenberg
                      GILBERT EISENBERG
                      Attorney for Defendant
                      CHRISTIAN BARRAGAN

**IT IS SO ORDERED.**

Dated: August 26, 2010

                      HONORABLE VAUGHN R. WALKER
                      Chief Judge