1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Criminal Chief
4  TIMOTHY J. LUCEY (CASBN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-7232
7      Facsimile: (415) 436-7152
       Email: Timothy.Lucey@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.  CR 06 - 0734 VRW
                                     )
14         Plaintiff,                )
                                     )
15                                   )
           v.                        )   **STIPULATION TO EXCLUDE TIME**
16                                   )   [PROPOSED] **ORDER**
    GABRIEL BARRAGAN,.               )
17  CHRISTIAN BARRAGAN, and          )
    MARIO BARRAGAN,                  )
18                                   )
           Defendants.               )
19  _____  )

20         IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that time

21  shall be excluded under the Speedy Trial Act for the period on or about October 14, 2010,

22  through December 9, 2010.

23         The parties further agree that the time elapsed between October 14, 2010, and December

24  9, 2010 was and is necessary for continuity and effective preparation of counsel, taking into

25  account due diligence, and that ends of justice served by granting the motion outweigh the best

26  interests of the public and the defendants to a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(iv).

27  The government is in the process of producing a voluminous amount of documents and other

28  discovery, including financial records, loan files, escrow files, employment records, and law

STIPULATION AND PROPOSED ORDER
*UNITED STATES v. BARRAGAN* [CR 06 - 0734 VRW]
                                    1

1 | enforcement records, such that the defendants and their respective counsel require reasonable
2 | time to review, analyze, and investigate the matters and issues contained therein.
3 |      Furthermore, the parties further agree that counsel for the defendants have trial and other
4 | court conflicts as well as travel that do not permit all and each of them to be available to appear
5 | before this Court unless and until December 9, 2010, such a failure to grant a continuance and
6 | exclude time between October 14, 2010 and December 9, 2010 would be contrary to their need
7 | for continuity of counsel and effective preparation of counsel, pursuant to 18 U.S.C. §
8 | 3161(h)(8)(B)(iv).
9 |      THEREFORE, the parties mutually agree and stipulate to a continuance of this matter
10 | until Thursday, December 9, 2010, at 2:00 p.m., before this Court, with time excluded under the
11 | Speedy Trial Act from October 14, 2010, through December 9, 2010, in order to ensure and for
12 | the purposes of continuity of counsel and for effective preparation of counsel, taking into
13 | account due diligence, and that ends of justice served by granting the motion outweigh the best
14 | interests of the public and the defendants to a speedy trial. See 18 U.S.C.
15 | § 3161(h)(8)(B)(iv).
16 | **IT IS SO STIPULATED.**

17 | DATED: November 5, 2010

MELINDA HAAG
United States Attorney

_____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

_____/s/_____
DORON WEINBERG
Attorney for Defendant
MARIO BARRAGAN

_____/s/_____
RICHARD MAZER
Attorney for Defendant
GABRIEL BARRAGAN

STIPULATION AND PROPOSED ORDER
*UNITED STATES v. BARRAGAN* [CR 06 - 0734 VRW]

2

```
                                          _____/s/_____
                                          GILBERT EISENBERG
                                          Attorney for Defendant
                                          CHRISTIAN BARRAGAN
```

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
HONORABLE VAUGHN R. WALKER
Chief Judge, United States District Court

STIPULATION AND PROPOSED ORDER
*UNITED STATES v. BARRAGAN* [CR 06 - 0734 VRW]

3