1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 - 0734 VRW |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **STIPULATION TO EXCLUDE TIME** |
| ) | ~~[PROPOSED]~~ **ORDER** |
| GABRIEL BARRAGAN,. ) | |
| CHRISTIAN BARRAGAN, and ) | |
| MARIO BARRAGAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that time shall be excluded under the Speedy Trial Act for the period on or about December 9, 2010, through January 27, 2011.

The parties further agree that the time elapsed between December 9, 2010, and January 27, 2011, was and is necessary for continuity and effective preparation of counsel, taking into account due diligence, and that ends of justice served by granting the motion outweigh the best interests of the public and the defendants to a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(iv). The government is in the process of producing a voluminous amount of documents and other discovery, including financial records, loan files, escrow files, employment records, and law enforcement records, such that the defendants and their respective counsel require reasonable time to review, analyze, and investigate the matters and issues contained therein.

STIPULATION AND PROPOSED ORDER
*UNITED STATES  v. BARRAGAN* [CR 06 - 0734 VRW]

1

1    Furthermore, the parties further agree that counsel for the government has a judicial
2 conflict that does not permit him to be available to appear before this Court unless and until
3 January 27, 2011, such a failure to grant a continuance and exclude time between December 9,
4 2010 and January 27, 2011, would be contrary to their need for continuity of counsel and
5 effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
6    THEREFORE, the parties mutually agree and stipulate to a continuance of this matter
7 until Thursday, January 27, 2011, at 2:00 p.m., before this Court, with time excluded under the
8 Speedy Trial Act from December 9, 2010, through January 27, 2011, in order to ensure and for
9 the purposes of continuity of counsel and for effective preparation of counsel, taking into
10 account due diligence, and that ends of justice served by granting the motion outweigh the best
11 interests of the public and the defendants to a speedy trial.  See 18 U.S.C.
12 § 3161(h)(8)(B)(iv).
13    **IT IS SO STIPULATED.**

MELINDA HAAG
United States Attorney

Date: December 7, 2010         /S/
TIMOTHY J. LUCEY
Assistant United States Attorney

Date: December 7, 2010         /S/
DORON WEINBERG
Attorney for Defendant
MARIO BARRAGAN

Date: December 7, 2010         /S/
RICHARD MAZER
Attorney for Defendant
GABRIEL BARRAGAN

STIPULATION AND PROPOSED ORDER
*UNITED STATES  v. BARRAGAN* [CR 06 - 0734 VRW]

2

|   |   |
|---|---|
| Date: December 7, 2010 | /S/<br>GILBERT EISENBERG<br>Attorney for Defendant<br>CHRISTIAN BARRAGAN |

**IT IS SO ORDERED.**

Dated: December 9, 2010

_____
HONORABLE VAUGHN R. WALKER
Chief Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Vaughn R Walker]*

STIPULATION AND PROPOSED ORDER
*UNITED STATES v. BARRAGAN* [CR 06 - 0734 VRW]

3