PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** | <u>MARIO BARRAGAN</u> |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | <u>3:06-cr-00734-SI-3</u> |
| **DATE:** | January 24, 2012 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Kenneth J. Gibson</u>  <u>415-436-7513</u>
U.S. PRETRIAL SERVICES OFFICER     TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___C___ on ___Feb 8___ at ___1:30 pm___.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_____   _____
JUDICIAL OFFICER                                          DATE  24 Jan 2012

Cover Sheet (02/07/2011)